UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LISA HILL** | **CIVIL ACTION NO. 22-1299** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **CITY OF BOSSIER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lisa Hill's claims of excessive force, failure to intervene/bystander liability, false arrest, and retaliatory arrest are **DISMISSED WITH PREJUDICE**, as frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claim that Officer Gillis lied under oath is **DISMISSED** as frivolous, for failing to state a claim on which relief may be granted, and for seeking relief from a defendant immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED** as untimely, as frivolous, and for failing to state claims on which relief may be granted: (1) that Officer Hampson "bugged" Plaintiff's eye; (2) that Officer Goodrich touched Plaintiff's gluteus maximus inappropriately; and (3) that "they" placed a female in Plaintiff's cell and gave the female a string with which to strangle Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** this 5th day of October, 2022.

                                                                                 _____
                                                                                 **ELIZABETH E. FOOTE**
                                                                                 **UNITED STATES DISTRICT JUDGE**